**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| DAVID JOVEL HERNANDEZ<br><br>    Plaintiff,<br><br>v.<br><br>SUSHI TRAIN, LLC, et al.<br><br>    Defendants. | Case No. 8:20-cv-00587-PX |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action against all Defendants with prejudice, Plaintiff to bear his own costs and attorney's fees.

Date: March 22, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*